■ GARRETT FITZGERALD et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 107115.) (Appeal No. 3.) [793 NYS2d 792]—Appeal from a judgment of the Court of Claims (Richard E. Sise, J.), entered May 4, 2004. The interlocutory judgment ordered that a trial on the issue of damages be scheduled.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Bradford v State of New York* (17 AD3d 995 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Lawton, JJ.

■ FREDERICK T. McNEIL et al., Respondents-Appellants, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 107231.) (Appeal No. 4.) [793 NYS2d 793]—Appeal and cross appeal from a judgment of the Court of Claims (Richard E. Sise, J.), entered May 4, 2004. The interlocutory judgment ordered that a trial on the issue of damages be scheduled.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Bradford v State of New York* (17 AD3d 995 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Lawton, JJ.

■ DEBORAH L. COUCHMAN, Individually and as Administratrix of the Estate of SCOTT COUCHMAN, Deceased, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 107232.) (Appeal No. 5.) [793 NYS2d 793]—Appeal and cross appeal from a judgment of the Court of Claims (Richard E. Sise, J.), entered May 4, 2004. The interlocutory judgment ordered that a trial on the issue of damages be scheduled.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Bradford v State of New York* (17 AD3d 995 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Lawton, JJ.

■ MICHAEL J. RUFFINO, Respondent, v JOSEPH B. NEIMAN, M.D., et al., Appellants. [794 NYS2d 228]—